Having answered the certified question, the Clerk is directed to transmit this opinion to the Second Circuit.

■

**Teddie W. NELSON, Defendant Below–Appellant,**

**v.**

**STATE of Delaware, Plaintiff Below–Appellee.**

No. 600, 2015

Supreme Court of Delaware.

Submitted: April 7, 2016

Decided: May 24, 2016

AFFIRMED.

■

**Ramee GREGORY, Defendant Below–Appellant,**

**v.**

**STATE of Delaware, Plaintiff Below–Appellee.**

No. 212, 2016

Supreme Court of Delaware.

Submitted: May 19, 2016

Decided: May 24, 2016

DISMISSED.